# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANIEL M. GREEN,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

**Defendant.**                                         No. 10-CV-0390-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On May 27, 2010, Daniel M. Green, by and through his attorney, filed a complaint against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 2). Specifically, Green seeks judicial review of the Commissioner's decision finding that he is not disabled and denying him supplemental security income.

On December May 5, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford J. Proud submitted a Report and Recommendation ("the Report") recommending that the Court reverse the Commissioner's final decision and remand this case to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 29).

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by May 23, 2011. To date, none of the

parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 29). The Court **REMANDS** this case to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 4-5(g).

**IT IS SO ORDERED.**

Signed this 26th day of May, 2011.

Digitally signed by David R. Herndon
Date: 2011.05.26 09:47:06 -05'00'

**Chief Judge
United States District Court**