IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL M. GREEN,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant.                                No. 10-CV-0390-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 26, 2011, this Court **REMANDS** this case to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 4-5(g). ---------------------------------------------------------------------

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:     *s/Sandy Pannier*
           **Deputy Clerk**

Dated: May 26, 2011

Digitally signed by
David R. Herndon
Date: 2011.05.26
10:09:01 -05'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT